854

No. 1042. SULLIVAN *v.* FLORIDA. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Z. H. Douglas* for petitioner.

No. 1056. CATOVOLO *v.* HIBBS, COMMANDING GENERAL, ET AL. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1078. MAYBORN *v.* HEFLEBOWER. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1086. HOELSCHER *v.* INDIANA. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Oscar B. Thiel* for petitioner.

No. 1155. CARTER *v.* ILLINOIS. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1180. MEDLEY *v.* MISSOURI. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1098. HINKLE *v.* INDIANA. April 30, 1945. The petition for writ of certiorari to the Supreme Court of Indiana is denied for the reason that application therefor